## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

Courtroom Deputy: Emily Seamon  
Court Reporter: Tammy Hoffschildt

Date: October 16, 2013

**CASE NO. 13-cv-02187-RM-CBS**

| Parties | Counsel |
|---|---|
| PACIFICORP, | E. Blaine Rawson |
|  | John McCarthy |
| Plaintiff, | Greggory Savage |
| v. |  |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | William Pharo |
| Defendant. |  |

## COURTROOM MINUTES

**MOTION HEARING**
**COURT IN SESSION**: **1:00 p.m.**
Court calls case. Appearances of counsel.  Also seated at Plaintiff's table: Michael Jenkins, client representative.  Also seated at Defendant's table: Sara Laumann, EPA counsel and Carl Daly, Director of the Region 8 - Air Program.

Motion Hearing called regarding Plaintiff's Motion for Preliminary Injunction and Request for Expedited Consideration [Doc. No. 18, filed September 26, 2013] and Memorandum in Support of Plaintiff's Motion for Preliminary Injunction [Doc. No. 19, filed September 26, 2013].

**ORDERED:**  Affidavits are admitted.

**Plaintiff's Exhibits 1-24 received.**

**Defendant's Exhibits A-P received.**

Discussion regarding the Court's jurisdiction over this matter.

1:10 p.m.     Argument by Mr. Savage.

Mr. Savage answers questions asked by the Court.

1:56 p.m.     Statement by Mr. Rawson.

1:58 p.m.     Further argument by Mr. Savage.

2:05 p.m.     Further argument by Mr. Rawson.

2:09 p.m.     Further argument by Mr. Savage.

2:10 p.m.     Argument by Mr. Pharo.

Mr. Pharo answers questions asked by the Court.

**COURT IN RECESS**: **3:05 p.m.**
**COURT IN SESSION**: **3:16 p.m.**

Rebuttal argument by Mr. Rawson.

3:21 p.m.     Rebuttal argument by Mr. Savage.

3:33 p.m.     Further statement by Mr. Pharo.

Discussion regarding Defendant providing a Vaughn Index to Plaintiff.

**ORDERED:**  Plaintiff's Motion for Preliminary Injunction and Request for Expedited Consideration [Doc. No. 18, filed September 26, 2013] is **TAKEN UNDER ADVISEMENT**.

**COURT IN RECESS**: **3:35 p.m.**
**Total in court time**: **2:24**
**Hearing concluded**