IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE RAYMOND P. MOORE**

Civil Action No. 13-cv-02187-RM-CBS

PACIFICORP,

    Plaintiff,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

    Defendant.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS**

---

    It is stipulated that upon the conclusion of the motion hearing, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

    DATED at Denver, Colorado this 16th day of October, 2013.

BY THE COURT:

s/Raymond P. Moore

Raymond P. Moore, U.S. District Judge

_____    _____
Counsel for Plaintiff                                 Counsel for Defendant