# Exhibit 12

# FOIA Invoice

U.S Environmental Protection Agency
1200 Pennsylvania Ave, NW
Washington, DC 20460

| Mail Payment to | FOIA Tracking Number |
|---|---|
| USEPA, FOIA and Miscellaneous Payments, Cincinnati Finance Center<br>P.O. BOX 979078<br>St. Louis, MO 63197-9000 | EPA-R8-2013-005187 |
| | **Invoice Date**<br>06/06/2013 |

| Requester Contact Information | Description of Records Requested |
|---|---|
| Emily Loeffler<br>Ray Quinney & Nebeker<br>1450 Logan Ave<br>Salt Lake City, UT 84105<br>eloeffler@rqn.com<br>801-323-3395 | I am requesting federal government records in connection with U.S. Environmental Protection Agency Region 8's ("EPA") recent stipulation to modify the Consent Decree entered on September 27, 2011 (Doc. No. 67) in WildEarth Guardians v. Jackson, 1:11-cv-0001 (D. Colo.). On March 25, 2013, EPA and Plaintiffs WildEarth Guardians and National Parks Conservation Association entered into a stipulation to extend deadlines contained in the Consent Decree (the "March 25 Stipulation"). (Doc. No. 72.) |

| Request Received | Date | By |
|---|---|---|
| | 04/04/2013 | Office of Partnerships and Regulatory Assistance |
| **Request Fulfilled by Agency** | **Date** | **By** |
| | 06/06/2013 | Stephen Szabo |

**Comments/Instructions**

| Description of Costs | Quantity | Amount (USD) |
|---|---|---|
| Search | 0.5 hours | $20.50 |
| Review | 0.75 hours | $21.00 |
| | **AMOUNT DUE** | **$41.50** |