**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13–cv–02187–RM-CBS

PACIFICORP,

      Plaintiff,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

      Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on Defendant's Notice of Filing of Declaration ("Notice") (ECF No. 59) and Plaintiff's request for attorney's fees (ECF Nos. 44 & 49).  Upon review of Defendant's Notice, along with its prior two notices, the Court is satisfied that Defendant has complied with the Orders of this Court and no further action from Defendant is required.  Accordingly, Plaintiff's request for attorney's fees is now ripe for consideration.  Upon review of the briefs filed to date, and Fed.R.Civ.P. 54, the Court finds it requires additional information to determine the merits of Plaintiff's fee request.  It is therefore

ORDERED that Plaintiff may supplement its request no later than Monday, February 24, 2014.  Such supplement is limited to ten pages, exclusive of the certificate of service and any attachments; and

FURTHER ORDERED that Defendant may provide any response within 14 days of the service of Plaintiff's supplement, limited to ten pages, exclusive of the certificate of service and any attachments.

DATED this 10th day of February, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge