**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13–cv–02187–RM-CBS

PACIFICORP,

    Plaintiff,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

    Defendant.

---

## ORDER
---

By Orders dated January 8, 2014 and January 23, 2014, among other things, the Court directed Defendant United States Environmental Protection Agency to take certain actions. (ECF Nos. 50, 57.) Defendant has filed three Notices certifying compliance with the Court's Orders. (ECF Nos. 51, 55, 59.) Upon consideration of the Notices, the Court file, and being otherwise fully advised, the Court finds Defendant has fully complied with the Court's Orders. It is therefore **ORDERED**

    (1)    That the Clerk of the Court shall enter **JUDGMENT** in favor of Plaintiff and against Defendant in accordance with the Court's Order dated January 8, 2014 (ECF No. 50);

(2)     That Plaintiff is awarded costs under 28 U.S.C. § 1920 to the extent allowed by law and shall within 14 days of the date of this Order file a Bill of Costs, in accordance with the procedures under Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, which shall be taxed by the Clerk of the Court; and

(3)     That the Clerk of the Court shall close this matter.

DATED this 2nd day of July, 2015.

                    BY THE COURT:

                    RAYMOND P. MOORE
                    United States District Judge